# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16-cr-88-08 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KATRINA HASKINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 15, 2019 and a supplemental report was filed on September 16, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on August 8, 2019. The defendant admitted to the following violations:

1. Failure to Comply with Substance Abuse Treatment;
2. Failure to Report to the Probation Officer as Directed;
3. Failure to Notify the Probation Officer of Employment Change;
4. Failure to Comply with Substance Abuse Testing;
5. Failure to Report to the Probation Officer as Directed;
6. Making Untruthful Statements to the Probation Officer.

The magistrate judge filed a report and recommendation on August 8, 2019, in which the magistrate judge recommended that the Court find that the defendant has

violated the conditions of her supervised release.

A final supervised release violation hearing was conducted on October 17, 2019. Defendant Katrina Haskins was present and represented by Attorney Debra Migdal. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officer Luke A. Filippi was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of her terms and conditions of her supervised release.

Because the defendant has recently demonstrated improved compliance with her supervised release conditions, the Court continues the sentencing hearing for six months, until April 17, 2020 at 10:00 a.m., to allow the defendant additional time to demonstrate compliance. Should the Court be notified at any time prior to the sentencing hearing that the defendant is not in compliance, the Court will proceed immediately to sentencing.

**IT IS SO ORDERED**.

Dated: October 17, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**