**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16-cr-88-08 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KATRINA HASKINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 15, 2019 and a supplemental report was filed on September 16, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation.

A final supervised release violation hearing was conducted on October 17, 2019. The Court adopted the report and recommendation of the magistrate judge and found the defendant to be in violation of the terms and conditions of her supervised release. Because the defendant had recently demonstrated improved compliance with her supervised release conditions, the Court continued the sentencing hearing for six months, until April 17, 2020 at 10:00 a.m., to allow the defendant additional time to demonstrate compliance.

A new violation report was filed on October 31, 2019 and a superseding violation report was filed on November 6, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on November 14, 2019. In addition to the original six violations (see Doc. No. 1005), the defendant admitted to the following two new violations, (Doc. No. 1016):

    1. Unauthorized Use of Alcohol (Violation 7)
    2. Unauthorized Use of Drugs (Violation 8)

The magistrate judge filed a report and recommendation on November 14, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release as set forth in the two new violations.

A final supervised release violation hearing was conducted on December 3, 2019. Defendant Katrina Haskins was present and represented by Attorney Debra Migdal. The United States was represented by Assistant United States Attorney Yasmine Makridis. United States Probation Officer Luke A. Filippi was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of her supervised release as set forth in the two new violations.

The Court proceeded with sentencing on all eight violations.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 4

months with credit for time served from October 31, 2019. The Court strongly recommends that the defendant be placed at FPC Alderson. Within 72 hours of her release from imprisonment, the defendant must report to the probation office in the federal judicial district where she is authorized to reside.

Upon release from the custody term, the defendant shall be placed on Supervised Release for a period of 1 month, at which time she is to receive up to 30 days of in-patient treatment substance abuse treatment at Meridian Healthcare.

**IT IS SO ORDERED**.

Dated: December 3, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**